PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana
State Form 8532

-FILED-
DEC 06 2021
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NAME: Zechariah James
12-1-2021
1:21CV452

Your Honor,

I'm writing you because I need a protective order against staff here at this prison. I have been jumped on multiple times, choke, mace, tazored for no justifiable reason and I have been sexually assaulted by staff and had my property and things taken away from me for me speaking out against these things. I've reported it to staff offical here. Its no help, and I been label a snitch and I know fear what they have in store for me. I've been injured and denied medical treatment as well as mental health treatment. I'm feeling hopeless I need serious help and a order of protection because I'm not safe. I was place in a dorm that was on quarintine for positive Cov-19 cases which is against the law to place me in a forseeable hazordous situation. Then to be placed in this dorm and it has diseases water they are giving to us. I have complained of syston of sickness to nurse, C.O's still no relief. The Grivance process is a joke and very flawed. I need some help, I have been flat out treated wrong. Could you please help my cause.

Sincerly,
Zechariah James

NAME Zachariah L Byrd
D.O.C. NO. 109077
LOCATION PCF L CH 5B

Indiana Department of Correction
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

This identifies this correspondence as having been mailed by an offender incarcerated at the above correctional institution. "WARNING": Not responsible for contents. Any enclosed money orders should be referred to your local postmaster before cashing.

SECURUS
SCREENED

INDIANAPOLIS IN 460
3 DEC 2021 PM 1

ZIP 46064 $ 000.53
02 4W
0000373730 DEC 03 2021

United States District Court
Northern District Court of Indiana
Attn: Ms. Linda Walker, Clerk
1300 S. Harrison St., Rm. 2145
Fort Wayne, Indiana
46802